**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **W. T. HUNT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 06-0202-CG-M** |
| | : | |
| **MARC SONNIER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE and ORDERED** this 4th day of April, 2007.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE